IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

_____

| | | |
|---|---|---|
| JOHNNY JOHNSON, | ) | Cause No. CV 10-25-H-DWM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| MIKE MAHONEY, | ) | |
| | ) | |
| Respondent. | ) | |

_____

On May 18, 2010, the Clerk of Court received a letter from Johnny Johnson, a state prisoner proceeding pro se. Johnson asks for an extension of time to file his federal habeas petition. A statutory limitations period cannot be prospectively extended even by judges, much less by clerks of court. Cf. Bowles v. Russell, 551 U.S. 205, 206-07 (2007).

The letter Johnson wrote does not state any claims for relief. It was docketed as a petition because that is the only way such a letter can be answered. The answer to Johnson's letter being in the negative, nothing else remains to be decided. The petition is dismissed. A certificate of appealability is not warranted because there are

ORDER OF DISMISSAL / PAGE 1

no claims before the Court.  28 U.S.C. § 2253(c).

Dismissal of this case will not affect Johnson's ability to file a habeas petition at a later date.  <u>Slack v. McDaniel</u>, 529 U.S. 473, 485-86 (2000).

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Johnson's request for an extension of the statute of limitations (doc. 1) is DENIED.

2.  The petition is DISMISSED WITHOUT PREJUDICE.  A certificate of appealability is DENIED.  The Clerk of Court shall enter by separate document a judgment of dismissal without prejudice.  No amended petitions and no motions for reconsideration or post-judgment relief will be accepted in this closed case.

3.  The Clerk of Court shall include the Court's standard form for habeas petitions under 28 U.S.C. § 2254 with Johnson's service copy of this Order.

DATED this  21st  day of May, 2010.

       /s/ Donald W. Molloy
       Donald W. Molloy
       United States District Judge